**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

JAMES SELBERG-STROSS

No. 2:25-cr-00029-NT

**PROSECUTION VERSION OF THE OFFENSE**

On November 16, 2025, officers with the Portland Police Department located the Defendant parked at a gas station. It appeared he was sleeping in the driver's seat of a truck. He was the sole occupant of the vehicle. An officer saw through the truck's window that the Defendant had a pistol on his lap. That officer opened the truck door and removed the firearm. The officer then woke the Defendant, and he exited the vehicle. Officers learned that the Defendant was prohibited from possessing a firearm and placed him under arrest. Incident to arrest, officers recovered a round of ammunition from one of the Defendant's pockets. The firearm was identified as a Ruger SR9, 9mm handgun, Serial 33796716, with a loaded magazine. An additional loaded magazine for the gun was found elsewhere in the vehicle. Neither the pistol nor the ammunition was manufactured in Maine.

At the time of the encounter, the Defendant had been convicted of crimes punishable by more than one year of imprisonment. These prior convictions included a 2021 conviction in the United States District Court for the District of Maine, for Possession with Intent to Distribute Controlled Substances. As part of that conviction, the Defendant served more than a one-year term of imprisonment.

Date: May 16, 2025

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

*/s/Ethan R. Plaut*
Ethan R. Plaut
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
Ethan.Plaut@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Tyler Smith, Esq.

CRAIG M. WOLFF
Acting United States Attorney

/s/ Ethan Plaut
Ethan R. Plaut
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
Ethan.Plaut@usdoj.gov